| | |
|---|---|
| 1 | Josh M. Snell, Bar #021602 |
| 2 | Christopher G. Stuart, Bar # 012378<br>Jonathan P. Barnes, Jr., Bar #028014 |
| 3 | JONES, SKELTON & HOCHULI, P.L.C.<br>40 North Central Avenue, Suite 2700 |
| 4 | Phoenix, Arizona  85004<br>Telephone:  (602) 263-1700 |
| 5 | Fax:  (602) 200-7815<br>jsnell@jshfirm.com |
| 6 | jbarnes@jshfirm.com |
| 7 | Attorneys for Defendant<br>Nation Motor Club, LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sidney Naiman, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hard Tack, Inc.; and Nation Motor Club, LLC,<br><br>Defendants. | NO. 2:19-cv-01738-JJT<br><br>**RULE 41(a)(1)(A)(ii) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the parties hereby stipulate to dismiss all claims against Defendant Nation Motor Club, LLC, with prejudice, each party to bear their own fees and costs.

7635812.1

DATED this 31st day of May, 2019.

PARONICH LAW, P.C.

By /s/Anthoney Paronich (with permission)
Anthony Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Attorneys for Plaintiff

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Josh M. Snell
Christopher G. Stuart
Jonathan P. Barnes, Jr.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Nation Motor Club, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Rachel Barajas