TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
*Pro Hac Vice*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:19-cv-01738-JJT |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| Hard Tack, Inc. | |
| Defendant. | |

NOW COMES Sidney Naiman, by and through his respective attorneys, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant Hard Tack, Inc.

Dated:  August 6, 2019               Respectfully Submitted,

                                      */s/ Anthony Paronich*
                                      Anthony Paronich

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28